IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROBIN EARL GOODSON, #154407,         )
                                     )
   Plaintiff,                         )
                                     )
v.                                   )   CIV. ACT. NO. 3:18cv430-ECM
                                     )
LEE COUNTY CIRCUIT CLERK'S           )
OFFICE, *et al.*,                    )
                                     )
   Defendants.                        )

# **O R D E R**

On July 27, 2018, the Magistrate Judge entered a Recommendation (Doc. # 12) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 31st day of August, 2018.

                                         /s/ Emily C. Marks
                                  EMILY C. MARKS
                                  UNITED STATES DISTRICT JUDGE